UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kimberly Lawson,                                Case No. 10-CV-3863 MJD/FLN
*individually and as Trustee for the Next of Kin of*
*Zacharias Lawson, deceased*,

                 Plaintiff,

                                                           **ORDER**
v.

South Metro Human Services,
*a Minnesota Non-Profit Corporation*,

                 Defendant.

---

Based upon the stipulation of the parties [Doc. #44], IT IS HEREBY ORDERED that the above-captioned matter is hereby DISMISSED WITH PREJUDICE, and without costs to any of the parties to this action.

         LET JUDGMENT BE ENTERED ACCORDINGLY

                                         BY THE COURT

Dated: August 26, 2011.                  s/Michael J. Davis
                                                   The Honorable Michael J. Davis
                                                   Chief Judge
                                                   United States District Court